**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF FLORIDA**
**MINUTES SENTENCING**

Case No. __00-20883-CR-KING__   Date: __May 27, 2009__   Judge James Lawrence King
Defendant: __Sergej Tews__   Defense counsel: __David Bogenschutz, Esq.__
AUSA: __Joseph Shumofsky   And Alison Lehr__

### JUDGMENT AND SENTENCE

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count II | ___ | 33 | ___ | ___ |
| IV | ___ | 33 | ___ | ___ |
| V | ___ | 33 | ___ | ___ |
| VI | ___ | 33 | ___ | ___ |

( ) Defendant given credit for time served
(X) CONCURRENT ( ) CONSECUTIVE
(X) Assessment $ __400.00__
(X) Fine: ( ) none imposed   $ __50,000.00__
(X) The court orders restitution in the amount of $635,966.20 (subject to further compilation -to be determined)
(X) Counts remaining dismissed
(X) Forfeiture Entered as of 3/13/2009 (The Court retains Jurisdiction)

### (X) SUPERVISED RELEASE
### ( ) PROBATION

|  | YEARS |
|---|---|
| Count II, IV-VI | 3 |

(X) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a
(X) CONCURRENT ( ) CONSECUTIVE  ( ) Mental Health Treatment (X) Employment and Self Employment Restriction  (X) Financial Disclosure  (X) DNA Requirement
(X) Substance Abuse Treatment  (X) Incur No New Debt

### CUSTODY
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(X) The court recommends:  Designation to FPC, Miami or FPC Coleman, Florida
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.   ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Court hereby Grants the Objection pursuant to §2B1.1(b)(10)(C)(I)
- The Court hereby Reserve Ruling on the Objection as to Loss/Restitution (to be determined)
- The Court finds that the Advisory Guideline Range is 33 to 41 months
- Sergej Tews - Sworn
- Defense shall have 30 days to respond to the ruling by U.S. Magistrate Judge Ted E. Bandstra Re: Restitution Hearing to be set within the next 60 days

Courtroom Deputy: Joyce M. Williams
Court Reporter:   Judy Shelton